IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AMENA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:17-CV-3133-M-BH |
| | ) | |
| DR. WALEED H. EL-FEKY, | ) | |
| | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs (Short Form)*, filed November 14, 2017 (doc. 4), is **DENIED**, and the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

**SIGNED** this 26th day of January, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE